UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GREAT GULF CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM TALFORD GRAHAM; R.P. AIR, INC.; and RANDOLPH M. PENTEL,<br><br>    Defendants. | Case No. 20-CV-1835 (PJS/TNL)<br><br>ORDER |

    Erik F. Hansen, Elizabeth M. Cadem, and Kirk A. Tisher, BURNS & HANSEN, P.A., for plaintiff.

    Jacob B. Sellers and Justice Ericson Lindell, GREENSTEIN SELLERS PLLC, for defendants.

    Plaintiff Great Gulf Corporation ("Great Gulf") brought this action alleging that it is the owner of a 1955 Grumman HU-16C Albatross aircraft and seeking a declaration to that effect as well as other relief. Defendants moved to dismiss and Great Gulf moved for a preliminary injunction preventing the removal of the aircraft from Minnesota. After an informal status conference, the Court entered an order temporarily prohibiting defendants from removing the aircraft from Minnesota until the conclusion of the hearing on defendants' motion to dismiss, which was scheduled for December 11.

    Having concluded the hearing on defendants' motion to dismiss, and for the

reasons stated on the record at that hearing, the Court denies defendants' motion to dismiss and extends the temporary injunction until further order of the Court.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss [ECF No. 13] is DENIED.

2. Defendants, their officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with the foregoing, are hereby ENJOINED from removing the 1955 Grumman HU-16C Albatross aircraft, Serial Number 17 164, Registration Number N116AG ("the Aircraft") from the state of Minnesota until further order of the Court.

3. The foregoing does not preclude defendants from removing parts of the Aircraft from the state of Minnesota for purposes of repair or refurbishment.  Before removing any part of the Aircraft from the state of Minnesota, defendants must file a letter on the docket identifying the part or parts to be removed and the place to which they will be removed.

Dated:  December 11, 2020          s/Patrick J. Schiltz
                                   Patrick J. Schiltz
                                   United States District Judge