# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Great Gulf Corporation, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-1835 PJS/TNL |
| William Talford Graham, R.P. Air, Inc., Randolph M. Pentel, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Against plaintiff on its claim for breach of fiduciary duty against defendant William Talford Graham.

2. Against defendants R.P. Air, Inc. and Randolph M. Pentel on their claim of unjust enrichment against plaintiff.

3. Against defendant William Talford Graham on his claims of indemnification and advancement against plaintiff.

4. All of these claims are DISMISSED WITH PREJUDICE AND ON THE MERITS.

Date: 11/28/2023                                                                               KATE M. FOGARTY, CLERK